IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAYLE FITZPATRICK,<br><br>           Plaintiff,<br><br>     v.<br><br>WYETH PHARMACEUTICALS; WYETH, INC.; PFIZER, INC.; PHARMACIA AND UPJOHN PHARMACEUTICAL SALES REPRESENTATIVES,<br><br>           Defendants.<br>_____ | 2:03-cv-01705-GEB-CKD<br><br><br><u>ORDER</u> |

       Plaintiff filed a "Motion to Dismiss With Prejudice Pursuant to [Federal] Rule [of Civil Procedure] 41" on November 7, 2011, in which she "moves for an order of dismissal with prejudice as to all Defendants . . . , with each party to bear its own costs and attorneys' fees." (ECF No. 46.)

       Since this dismissal is conditional upon each party bearing its own costs and attorneys' fees, each Defendant is given ten (10) days from the date this order is filed within which to file an objection to Plaintiff's dismissal filing. If no objection to the dismissal Plaintiff

1

1  seeks is filed within this period, an Order dismissing the case will be
2  filed.
3           Further, in the event this action is not dismissed, the Status
4  (Pretrial Scheduling) Conference scheduled for hearing on November 28,
5  2011 is continued to January 30, 2012 at 9:00 a.m. A joint status report
6  shall be filed no later than fourteen (14) days prior to the Status
7  Conference.
8           IT IS SO ORDERED.
9  Dated:  November 17, 2011

                             _____
                             GARLAND E. BURRELL, JR.
                             United States District Judge