IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAYLE FITZPATRICK,<br><br>        Plaintiff,<br><br>    v.<br><br>WYETH PHARMACEUTICALS; WYETH, INC.; PFIZER, INC.; PHARMACIA AND UPJOHN PHARMACEUTICAL SALES REPRESENTATIVES,<br><br>        Defendants. | 2:03-cv-01705-GEB-CKD<br><br>ORDER OF DISMISSAL |

An Order issued on November 18, 2011, provided each Defendant "ten (10) days from the date [the] order [was] filed within which to file an objection to Plaintiff's dismissal filing." Plaintiff moves as follows in the filing: "for an order of dismissal with prejudice as to all Defendants . . . with each party bearing its own costs and attorney's fees." The November 18, 2011 Order notified the Defendants: "If no objection to the dismissal Plaintiff seeks is filed within this period, an Order dismissing the case will be filed."

No response to the November 18, 2011 Order was filed. Therefore, pursuant to Plaintiff's November 7, 2011 motion, this action is dismissed with prejudice as to all Defendants, with each party to bear its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated:  December 12, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

1